UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,

        Plaintiffs,

      v.

A&C MASONRY, INC.,

        Defendant.

Civil Action No.
05-1053 (HHK)

## DECLARATION IN SUPPORT OF
## SERVICE OF SUMMONS AND COMPLAINT

      Pursuant to 28 U.S.C. § 1746, I, CLAUDETTE ELMES, hereby declare as follows:

      1. I am a paralegal specialist with the firm of Dickstein Shapiro Morin & Oshinsky LLP and assist Ira R. Mitzner, counsel to the Plaintiffs, in the above-captioned case.

      2.   On June 24, 2005, service of the Summons and Complaint in this action was made upon A&C Masonry, Inc., by delivering said documents at 66 Irving Place, Garfield, New Jersey, to Antonio Andizzone, authorized to accept service on behalf of A&C Masonry, Inc.

DSMDB.1964482.1

3. Proof of such service is provided by the declaration of process server, Larry Sabel, attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 5, 2005

Claudette M. Elmes