**EXHIBIT A**

AO 440 (Rev. 8/01) Summons in a Civil Action    Case # 1:05CV01053

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/24/05 @ 10:30 am |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Larry Sabel | Private Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): By serving Antonio Ardizzone, owner, authorized to accept. Service was complete at 66 Irving Place, Garfield, New Jersey 07026.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/24/05
Date

Signature of Server

CAPITOL PROCESS SERVICES
1827 18TH STREET, N.W.
WASHINGTON, D.C. 20009
(202) 667-0050
Address of Server

* Notice of Right to Consent to Trial Before a United States MAgistrate Judge, Initial Electronic Case Filing Order and Exhibit A & B

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOHN FLYNN, et al.,

                                Plaintiffs

         V.

A&C MASONRY, INC.,

                              Defendant

### SUMMONS IN A CIVIL CASE

CASE NUMBER  1:05CV01053

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 05/25/2005

TO: (Name and address of Defendant)

         A&C Masonry, Inc.
         66 Irving Place
         Garfield, NJ 07026

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

         Ira R. Mitzner, Esq.
         Dickstein Shapiro Morin & Oshinsky, LLP
         2101 L Street, NW
         Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

MAY 2 5 2005

DATE

(BY) DEPUTY CLERK

DSMDB.1747031.1