CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FLYNN, et al.
              Plaintiffs,     )
                              )
         vs.                  )     Civil Action No. 05-1053 (HHK)
                              )
A&C MASONRY, INC.             )
              Defendant.      )

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __5th__ day of __August__, __2005__, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) __A&C MASONRY, INC.__

was [were]:    [personally served with process on __June 24, 2005__].
               OR
               [served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):
               _____].
               OR
               [served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee):
               _____].
               [The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is:
               _____].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW, Washington DC 20037

184564
Bar Id. Number

Address and Telephone Number
(202) 785-9700

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A&C MASONRY, INC., )<br>)<br>Defendant. ) | Civil Action No. 05-1053<br>Judge: Henry H. Kennedy |

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

> Ira R. Mitzner, Esq.
> Dickstein Shapiro Morin & Oshinsky LLP
> 2101 L Street, N.W.
> Washington, D.C. 20037-1526
> Telephone: (202) 828-2234
> Facsimile   (202) 887-0689

> A&C Masonry, Inc.
> 66 Irving Place
> Garfield, NJ 07026
> Telephone: (973) 546-2206
> Facsimile:  (973) 546-6454