Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.
    Plaintiff(s)

Civil Action No. 05-1053 HHK

V.

A&C MASONRY INC
    Defendant(s)

RE: A&C MASONRY INC

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 24, 2005, and an affidavit on behalf of the plaintiff having been filed, it is this 8th day of August, 2005 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
    Deputy Clerk