IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>A&C MASONRY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 05-1053 (HHK) |

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i), Federal Rules of Civil Procedure, Plaintiffs hereby notice the dismissal of this action against Defendant, A&C Masonry, Inc. The Parties have finalized a settlement in this action.

August 30, 2005

*[signature]*

Ira R. Mitzner, D. C. Bar #184564
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, N. W.
Washington, D.C. 20037-1526

Attorney for the Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, *et al.*,            )
                                 )
            Plaintiffs,          )
                                 )
       v.                        )   Civil Action No. 05-1053
                                 )   Judge: Henry H. Kennedy
A&C MASONRY, INC.,               )
                                 )
            Defendant.           )
                                 )

## LOCAL RULE 7(k) STATEMENT

Pursuant to Local Rule 7(k), the following persons are entitled to be served with orders, judgments and stipulations:

>Ira R. Mitzner, Esq.
>Dickstein Shapiro Morin & Oshinsky LLP
>2101 L Street, N.W.
>Washington, D.C. 20037-1526
>Telephone: (202) 828-2234
>Facsimile   (202) 887-0689

>A&C Masonry, Inc.
>66 Irving Place
>Garfield, NJ 07026
>Telephone: (973) 546-2206
>Facsimile:  (973) 546-6454

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Dismissal was served by first-class mail, postage prepaid, on the 30th day of August, 2005 upon:

>A&C Masonry, Inc.
>66 Irving Place
>Garfield, NJ 07026
>Telephone: (973) 546-2206
>Facsimile: (973) 546-6454

*Andrea Newell*
Andrea Newell

DSMDB.1974177.1